**IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 07-50653-jwv7 |
| **GINGER LYNN JACKS,** ) | |
| ) | |
| **Debtor.** ) | |

## MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY
## PURSUANT TO LOCAL RULE 3011-1

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3011-1 states and alleges as follows;

1. That the above captioned debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on December 20, 2007.

2. That Bruce E. Strauss was appointed to administer the assets of the debtor's bankruptcy estate.

3. That the trustee collected funds totaling $6,486.14.

4. That on July 28, 2010 this Court entered an order approving of a final distribution.

5. That included in the distribution was an unsecured claim filed by Miller and Steeno, P.C. on behalf of Arrow Financial Services, LLC Agricredit in the total amount of $1,741.28.

6. That the trustee distributed a check in the amount of $28.34 on this claim on July 29, 2010.

7. That the check was never cashed and went stale.

8. That the trustee here in issued a second check on November 23, 2010 to new address obtained by the trustee on the internet.

9. That this check remains outstanding and the trustee wishes to proceed with closing the case giving the large amount of time that has expired since the final report, the efforts already undertaken to find the claimant, and the small amount in question.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $28.34 into the Court Registry and for such other and further relief as the Court deems just.

Merrick, Baker & Strauss, P.C.
/s/ Harrison E. Strauss
Harrison E. Strauss, Bar No. 61043
ATTORNEY FOR TRUSTEE
1044 Main St., Suite 400
Kansas City, MO 64105
(816) 221-8855 – (816) 221-7886 (FAX)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case.

/s/ Harrison E. Strauss
Harrison E. Strauss